935 A.2d 1270

COMMONWEALTH of Pennsylvania, Respondent,

v.

Aaron Daniel RABOLD, Petitioner.

Supreme Court of Pennsylvania.

Oct. 30, 2007.

## ORDER

PER CURIAM.

**AND NOW,** this 30th day of October, 2007, the Petition for Allowance of Appeal is hereby **GRANTED.** The issues, as stated by Petitioner and re-ordered for clarity, are:

(1) Whether jury instructions impermissibly allowed the jury to convict on a standard short of proof beyond a reasonable doubt?

(2) Whether the verdict was based upon insufficient evidence?

(3) Whether the verdict was against the weight of the evidence?